| | |
|---|---|
| **Internal Revenue Service**<br>Ogden, UT 84404 | **Department of the Treasury**<br>Taxpayer Identification Number:<br>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<br>Form:<br>1040<br>Tax Period Ended and Tax Deficiency:<br>December 31, 2001<br>$10,073.00<br>Person to Contact:<br>Tax Technician<br>Contact Telephone Number:<br>1-866-899-9085 (Toll-Free)<br>Contact Hours:<br>7 A.M. to 7 P.M. MST Monday-Friday<br>Fax Number:<br>Employee Identification Number:<br>29-61699<br>Last Date to Respond to this letter:<br>May 30, 2004 |

Date: April 30, 2004

DARLINDA STEVENS-GIBSON
5104 NE 68TH ST
VANCOUVER, WA 98661-1338 041

3

Dear DARLINDA STEVENS-GIBSON:

We previously asked you to send us your federal income tax return (Form 1040, 1040A, or 1040EZ) for the tax period shown above. Since we don't have a record of receiving a response from you, we have figured your tax and proposed penalties based on the information your employers, banks, and other payers reported on Forms W-2, W-2P, 1099, etc. We explain the tax and penalties in the enclosed report.

If you agree with the tax and penalties shown in the report, please sign, date and return one copy of the report along with payment for the total payment due. It is to your advantage to pay the total amount now since we will continue to charge interest until the amount you owe is paid in full. If you can't pay the full amount at this time, please call us to discuss how you can pay what you owe.

If you don't agree with the tax and penalties and want us to reconsider this matter, you should respond within 30 days from the date of this letter providing the reason you didn't file a return and other related information you want us to consider.

If you decide to file a return at this time, please send it to the above address. To help us identify your case, please include this letter with your return. Be sure to include all supporting records. We have enclosed a copy of this letter for your records and an envelope for your convenience.

Under the Privacy Act of 1974, we must tell you that our legal right to ask for this information is Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations. They say that you must furnish us with records of statements for any tax year that you are liable for, including the taxes your employer withheld.

FILED

JUN - 5 2006

06 1045 NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Letter 1862 (SC) (Rev. 4-1999)
Cat. No. 61258E   MAE

We ask for this information to carry out the Internal Revenue Tax laws of the United States and you are required to give us this information. We may give the information to the Department of Justice for civil and criminal litigation, other Federal agencies, states, cities and the District of Columbia for use in administering their tax laws.

If you do not provide the information we ask for, or provide fraudulent information, the law provides that you may be charged penalties and in certain cases, you may be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, reductions or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

We have enclosed Publication 1, Your Rights as a Taxpayer, Publication 5, Your Appeal Rights and How to Prepare a Protest If You Don't Agree, and Publication 594, Understanding the Collection Process, for your information.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

Dennis L Parizek
Manager, Examination Operations

Enclosures:
Copy of this letter
Envelope
Examination Report (2)
Publication 1
Publication 5
Publication 594

Letter 1862 (SC) (Rev. 4-1999)
Cat. No. 61258E   MAE