**IRS** Department of the Treasury
Internal Revenue Service
FRESNO, CA  93888-0030

Notice Number: CP 504
Notice Date:  07-29-2002

**SSN/EIN:**  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
**Caller ID:**  393637

7178 2665 9399 0107 2035

ılıllllıllılıllııllllllıllıllılıllllllıllılıllılllı

DARLINDA STEVENS-GIBSON
8500 NE HAZEL DELL AVE APT K 10
VANCOUVER  WA  98665-8086103



*533502205101*

# <u>Urgent !!</u>

### We intend to levy on certain assets. Please respond NOW.

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

As a current or retired federal employee, you must pay your federal taxes as required by law.

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.

### Account Summary

| Form: 1040A | Tax Period: 12-31-1999 |
|---|---|

| | |
|---|---|
| **Current Balance:** | $2,567.51 |
| Includes: | |
| Penalty: | $0.00 |
| Interest: | $8.87 |
| Last Payment: | $0.00 |

your penalty & interest computations, you may call 1-800-829-8815.

Questions? Call us at **1-800-829-8815**

See the enclosed Publication 594, The IRS Collection Process, and Notice 1219B, Notice of Potential Third Party Contact, for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 07-29-2002

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

write on your check:

| 1040A | 12-31-1999 | 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 |
|---|---|---|

| Amount Due: |
|---|
| $2,567.51 |

06 1045

Internal Revenue Service
FRESNO, CA  93888-0030

ıllıuıllılılılılılılllıuılıuıllılıl

DARLINDA STEVENS-GIBSON
8500 NE HAZEL DELL AVE APT K 10
VANCOUVER  WA  98665-8086103

533502205 ZS STEV 30 0 199912 670 00000256751