AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*DARLINDA STEVENS-GIBSON*

V.

*U.S. GOVT.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01045

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 06/██/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
900 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'█████████ *PRO SE* (name and address)

*DARLINDA STEVENS-GIBSON*
*5105 NE 71st STREET*
*VANCOUVER, WA. 98661*

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUN - 5 2006

DATE

RECEIVED

JUL 13 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 19, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| DOLORES STEVENS | None |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served this Summons via the U.S. Postal Service. I mailed the summons on June 13, 2006. The Certified Return Receipt was signed on June 19, 2006.
See Attachment for Receipt # 7006 0100 0006 5995 8020

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/10/06     *Dolores Stevens*
                             *Signature of Server*

                         5105 NE 71st St. Vancouver WA 98661
                         *Address of Server*

**RECEIVED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUL 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 13, 2006

CERTIFIED MAIL: 7006 0100 0006 5995 8020
RETURN RECEIPT REQUESTED

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06CV01045

To"
US ATTORNEY GENERAL
ALBERTO GONSALES
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVEL N.W.
WASHINGTON, D.C. 20530

From: Pro Se Plaintiff
Darlinda Stevens-Gibson
5105 NE 71st Street
Vancouver, Washington 98661

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US ATTORNEY GENERAL
   ALBERTO GONZALES
   DEPARTMENT OF JUSTICE
   950 PENNSYLVANIA AVE. N.W.
   WASHINGTON D.C. 20530-001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt

RECEIVED

JUL 13 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT