AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DARLINDA STEVENS-GIBSON

V.

U.S. GVT.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01045

CASE  JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 06//2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'  PRO SE  (name and address)

DARLINDA STEVENS-GIBSON
5105 NE 71ST STREET
VANCOUVER, WA. 98661

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE  JUN - 5 2006

RECEIVED
JUL 13 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 16, 2006 |

| NAME OF SERVER (PRINT) DOLORES STEVENS | TITLE None |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served this summons via the US Postal Service. I mailed the summons on June 13, 2006. The certified Return Receipt was signed and/or received on June 16, 2006
See attachment for Receipt # 7005 1820 0003 4666 7957

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/10/06     _Dolores Stevens_
                        Signature of Server

5105 NE 71st St, Vancouver, WA 98661
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

June 13, 2006

CERTIFIED MAIL: 7005 1820 0003 4666 7957
RETURN RECEIPT REQUESTED

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06CV01045

US ATTORNEY
KENNETH L. WAINSTEIN
501 3RD ST. N.W.
WASHINGTON, D.C. 20001

RECEIVED
JUL 13 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0003 4666 7957**
Status: **Delivered**

Your item was delivered at 10:29 am on June 16, 2006 in WASHINGTON, DC 20001.

( Additional Details > )   ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

[ ] ( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

06/21/2006