IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARLINDA STEVENS-GIBSON | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-1045 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered the UNITED STATES' MOTION TO DISMISS COMPLAINT,

the supporting memorandum of points and authorities, any opposition and reply

thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED;  and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed

below.

SO ORDERED this _____ day of _____ 2006.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Darlinda Stevens-Gibson
Plaintiff *Pro Se*
5105 NE 71st Street
Vancover, WA 98661

1575446.1

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the proposed ORDER was filed in accordance with the

Court's ECF procedures, and served on August 7, 2006, by sending a copy by First-

Class mail, postage prepaid, addressed to the following persons:


Darlinda Stevens-Gibson
Plaintiff *Pro Se*
5105 NE 71st Street
Vancover, WA 98661

                    ___/s/ Pat S. Genis_____
                    PAT S. GENIS, #446244