UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLINDA STEVENS-GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br><br>Defendant. | Civil Action 06-01045  (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND TO
DEFENDANT'S DISPOSITIVE MOTION

This matter comes before the court upon defendant's motion to dismiss filed on August 7, 2006.  Plaintiff, proceeding *pro se*, has yet to file a response or opposition to the motion.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.*  at 509.

Accordingly, it is this 11th day of August, 2006, hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by September 7, 2006.  If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge