IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARLINDA STEVENS-GIBSON | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-1045 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PRAECIPE</u>**

The attached page should be substituted for page 10 of the United States' motion

to dismiss, which was filed in the above-captioned case on August 7, 2006.


DATED: August 14, 2006.                    Respectfully submitted,




                                           /s/ Pat S. Genis_____
                                           PAT S. GENIS, #446244
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           P.O. Box 227
                                           Washington, DC 20044
                                           Phone/Fax: (202) 307-6390/514-6866
                                           Email: pat.genis@usdoj.gov



OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the UNITED STATES' PRAECIPE AND CORRECTED PAGE

10 was filed in accordance with the Court's ECF system, and served on August 15, 2006, by

sending a copy by first-class mail, postage prepaid, addressed as follows:

>   Darlinda Stevens-Gibson
>   Plaintiff *Pro Se*
>   5105 NE 71st Street
>   Vancouver, WA 98661


>                     /s/ Pat S. Genis
>                 PAT S. GENIS, #446244

_____