IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARLINDA STEVENS-GIBSON | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-1045 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PRAECIPE**

The attached page should be substituted for page 10 of the United States' motion to dismiss, which was filed in the above-captioned case on August 7, 2006.

DATED: August 14, 2006.                                    Respectfully submitted,


                                                                          /s/ Pat S. Genis
                                                                          PAT S. GENIS, #446244
                                                                          Trial Attorney, Tax Division
                                                                          U.S. Department of Justice
                                                                          P.O. Box 227
                                                                          Washington, DC 20044
                                                                          Phone/Fax: (202) 307-6390/514-6866
                                                                          Email: pat.genis@usdoj.gov


OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' PRAECIPE AND CORRECTED PAGE 10 was filed in accordance with the Court's ECF system, and served on August 15, 2006, by sending a copy by first-class mail, postage prepaid, addressed as follows:

>Darlinda Stevens-Gibson
>Plaintiff *Pro Se*
>5105 NE 71st Street
>Vancover, WA 98661

             /s/ Pat S. Genis
            PAT S. GENIS, #446244