UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARLINDA STEVENS-GIBSON,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES GOVERNMENT,**<br><br>**Defendant.** | Civil Action 06-01045 (HHK) |

**ORDER**

Before this court is defendant's motion to dismiss [# 4]. Upon consideration of this motion, and the plaintiff's amended complaint, the court concludes that defendant's motion must be **DENIED** because it is moot. Accordingly, it is this 11th day of September, 2006, hereby

**ORDERED,** that defendant's motion to dismiss [# 4] is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge