IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLINDA STEVENS-GIBSON ) | |
| ) | |
| Plaintiff, ) | No. 1:06-1045 (HHK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

DEFENDANT, the Internal Revenue Service, through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(1) to enlarge the time for defendant to answer, move, or otherwise plead to plaintiffs' complaint. Defendant moves for an additional thirty (30) days in which to answer, move, or otherwise plead in response to the complaint.

As grounds for this motion, defendant asserts that it has been unable to assemble and analyze the relevant records, and advise the Department of Justice as to defense of this case within the time period provided by Fed. R. Civ. P. 15. These grounds are more fully explained in a memorandum of points and authorities accompanying this motion.

The specific relief sought by this motion is an order enlarging the time for defendant to serve an answer, motion, or to other responsive pleading to the complaint by thirty (30) days, to and including October 20, 2006.

1575446.1

Counsel for defendant was unable to contact the *pro se* plaintiff to request consent for this extension of time.

DATE: September 20, 2006.

                                              /s/ Pat S. Genis
                                              PAT S. GENIS
                                              Trial Attorneys, Tax Division
                                              U. S. Department of Justice
                                              Post Office Box 227
                                              Washington, DC  20044
                                              Telephone/FAX:  (202) 307-6390/514-6866
                                              Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

2

1575446.1

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that defendant's MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD was served on September 20, 2006 in accordance with the Court ECF procedures and by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Darlinda Stevens-Gibson
>5105 NE 71st Street
>Vancouver, WA 98661

                                        /s/ Pat S. Genis
                                      PAT S. GENIS