IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLINDA STEVENS-GIBSON ) | |
| ) | |
| Plaintiff, ) | No. 1:06-1045 (HHK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF DEFENDANT'S MOTION TO ENLARGE
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

This is a civil action in which plaintiff alleges that the Internal Revenue Service disregarded various provisions of the Internal Revenue Code. Plaintiff seeks damages, replevin and an injunction against the Internal Revenue Service.

STATEMENT & DISCUSSION

1. <u>Introduction.</u>  Plaintiff filed this amended complaint on September 5, 2006.

2. <u>The time for the United States to serve an answer, motion, or other responsive pleading</u>. Under Fed.R.Civ.P. 15(a) a defendants have 10 days after service of the summons and complaint in which to serve an answer, motion, or other responsive pleading. Under Fed.R.Civ.P.6, additional days are added for mailing and weekends. Accordingly, the United States' response is due on or before September 20, 2006.

3. <u>Compliance with the pleading deadline</u>. The Internal Revenue Service is the agency of the United States responsible for administration of the internal revenue, and more specifically the agency responsible for the actions described in the amended complaint. The Internal Revenue Service is unable to provide litigation advice with respect to the amended complaint in this case within the period of time prescribed by rules. Specifically, the Internal Revenue Service requires additional time to determine the validity of plaintiff's claim that she filed an administrative claim for refund.

4. <u>Relief requested</u>. The United States believes that an additional thirty (30) days will allow the Internal Revenue Service time to obtain the information and to execute

any necessary declarations to allow the United States to respond adequately to plaintiff's amended complaint.

     5. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint.  <u>See</u> <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).  Defendants have not been guilty of negligence or bad faith, nor have they abused the privilege of extensions.

     6. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  United States' counsel was unable obtain the <u>pro se</u> plaintiff's consent to this motion.

CONCLUSION

It is the position of defendants, that the motion for enlargement time to answer, move, or otherwise plead ought to be granted.

DATE: September 20, 2006.

　　　　　　　　　　　　　　　　　　 /s/ Pat Genis
　　　　　　　　　　　　　　　　　　PAT S. GENIS, #446244
　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Post Office Box 227
　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　Tel./FAX: (202) 307-6390/514-6866
　　　　　　　　　　　　　　　　　　Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1925529.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that defendant's MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD was served on September 20, 2006 in accordance with the Court ECF procedures and by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Darlinda Stevens-Gibson
>5105 NE 71st Street
>Vancouver, WA 98661

/s/ Pat S. Genis
PAT S. GENIS