IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARLINDA STEVENS-GIBSON | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-1045 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered defendant, the Internal Revenue Service's, motion for enlargement of time in which to answer, move, or otherwise plead, any opposition, and the entire record in this matter, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2006, at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant, the United States, shall have an additional thirty (30) days until October 20, 2006, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Darlinda Stevens-Gibson
5105 NE 71st Street
Vancouver, WA 98661

CERTIFICATE OF SERVICE

IT IS CERTIFIED that defendant's proposed ORDER was served was served on September 20, 2006 in accordance with the Court ECF procedures and by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Darlinda Stevens-Gibson
>5105 NE 71st Street
>Vancouver, WA 98661

/s/ Pat S. Genis
PAT S. GENIS