UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLINDA STEVENS-GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br><br>Defendant. | Civil Action 06-01045  (HHK) |

ORDER DIRECTING PLAINTIFFS TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon defendant's motion to dismiss plaintiff's amended complaint [#10], filed October 20, 2006.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice ... should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id.*  at 509.

Accordingly, it is by the court this 23rd day of October, 2006,

**ORDERED** that plaintiff file her opposition to defendant's motion on or before November 20, 2006.  If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge