UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARLINDA STEVENS-GIBSON,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES GOVERNMENT,**<br><br>Defendant. | Civil Action 06-01045 (HHK) |

ORDER OF DISMISSAL

Before the court is the United States' motion to dismiss for lack of jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that plaintiff has failed to exhaust her administrative remedies and therefore has failed to state a claim upon which relief can be granted. *See Turner v. United States*, 429 F. Supp. 2d 149 (D.D.C. 2006) (exhaustion requirement of 26 U.S.C. § 7433(d)(1) is nonjurisdictional). Accordingly, it is this 3rd day of April, 2007, hereby

**ORDERED** that the motion to dismiss the amended complaint [#10] is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED**.

Henry H. Kennedy, Jr.
United States District Judge